UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                    )           BK No.:   24-08235
Victor Darnell Keneard                    )
                                          )           Chapter: 13
                                          )
                                          )           Honorable David D. Cleary
                                          )
Debtor(s)                                 )

**Order Granting Motion of U.S. Bank Trust National Association, as Trustee of FW-BKPL Series I Trust   to Modify Automatic Stay and for Relief from the Co-Debtor Stay**

This matter coming to be heard on the Motion of U.S. Bank Trust National Association, as Trustee of FW-BKPL Series I Trust for Relief from Stay and Co-Debtor Stay regarding the property located at 410 W 127th St, Chicago, IL 60628, IT IS HEREBY ORDERED:

1. The motion is granted.  The automatic stay is modified as to in rem remedies only to permit U.S. Bank Trust National Association, as Trustee of FW-BKPL Series I Trust to pursue its non-bankruptcy remedies with respect to the property located at 410 W 127th St, Chicago, IL 60628.

2. The co-debtor stay is lifted to permit U.S. Bank Trust National Association, as Trustee of FW-BKPL Series I Trust to pursue all non-bankruptcy remedies as to the co-debtor.

3. The stay under Fed. R. Bankr. P. 4001(a)(3) does not apply, and this order is effective immediately.

Enter:

Honorable David D. Cleary
United States Bankruptcy Judge

Dated:  August 19, 2024

**Prepared by:**

Dylan Dean Smith (6333375)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: (513) 444.4100
bankruptcy@sottileandbarile.com